**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

STACY TUBBS                                                                          PETITIONER
ADC #113786


V.                                    5:09-cv-00183-JMM-JJV


LARRY NORRIS, Director,
Arkansas Department of Correction                                          RESPONDENT


## ORDER

        The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe.   No objections have been filed.   After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

        IT IS THEREFORE ORDERED that Mr. Tubbs' Petition (Doc. No. 2) is DISMISSED with

prejudice.   The requested relief is denied and any pending motions are denied as moot.

        DATED this ___10___ day of February, 2010.


                                                    _____
                                                    JAMES M. MOODY
                                                    UNITED STATES DISTRICT JUDGE