# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STACY TUBBS                                                           PETITIONER
ADC #113786


V.                          5:09-cv-00183-JMM-JJV


LARRY NORRIS, Director,
Arkansas Department of Correction                                     RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this  10  day of February, 2010.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE